UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Thomas R. Louden, and
Hazel Schilb (deceased),

Plaintiffs,

vs.

MINUTE ORDER

Ojibwe Foundation of Sandy Lake,
Skinawa family members of Board and
Board Members, and Jack Remington
Graham, self proclaimed Attorney
General,

Defendants.

Civ. No. 01-1999 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 18th day of January, 2002.

* * *

On January 17, 2002, a Hearing was conducted to hear arguments on the Defendants' Motions to Strike the Complaint or, in the alternative, for a More Definite Answer. At the time of the Hearing, the Defendants appeared by John R. Graham, Esq., and the Plaintiff Thomas R. Louden ("Louden") appeared specially by Michael J. Dougherty ("Dougherty"), Esq., who has previously represented the Plaintiff in a State Court proceeding, but who has not formally appeared on his behalf in this action.

At the time of the Hearing, Dougherty advised that Louden has been hospitalized with leukemia, and would not be available for the

8

FILED JAN 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Hearing set by the Defendants. Given this representation, we advised that the Hearing would be rescheduled for **February 7, 2002 at 1:30 o'clock p.m.**, and that it would be conducted by telephone conference call. We requested Dougherty to notify Louden of the continuance, and we also suggested that Dougherty communicate with Louden, to the extent feasible, as to Louden's intentions in commencing this action. By every appearance, the allegations Louden advances here, are identical to those he pursued, unsuccessfully in the State Court proceeding where he was represented by Dougherty. Dougherty kindly accepted our request, and he agreed to respond to the Court's inquiry by no later than the time of the next scheduled Hearing.

NOW, THEREFORE, It is --

ORDERED:

That the Hearing on the Defendants' Motions for a More Definite Statement or, in the alternative to Strike the Complaint, [Docket No. 6] is CONTINUED until **February 7, 2002 at 1:30 o'clock p.m.**, absent further Order of this Court.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE