UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Thomas Louden, deceased,

Plaintiff,

v.

Ojibwe Foundation of Sandy Lake,

Defendant.

Ct. File No. 01-CV-1999 (~~ADM~~ PAM/RLE)

**RECOMMENDATION AND ORDER FOR DISMISSAL**

The above-named parties, having stipulated that this case be dismissed in its entireity, with prejudice, with both parties waiving claims and potential claims against each other, and that each party to bear its own costs;

It is hereby RECOMMENDED AND ORDRED:

1. That this case be dismissed in its entirety with prejudice;
2. That each party has waived all claims and potential claims against each other;
3. That each party bear its own costs.

Dated: 10/18/02

Raymond L. Erickson

The Honorable Raymond L. Erickson
Magistrate of Federal District Court

FILED OCT 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

12