UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Thomas Louden, deceased,

Plaintiff,

vs. ORDER

Ojibwe Foundation of Sandy Lake,

Defendant. Civ. No. 01-1999(PAM/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, it is --

ORDERED:

1. That this case is dismissed, in its entirety, with prejudice.

2. That each party waives all claims and potential claims against each other.

3. That each party is to bear its own costs.

BY THE COURT:

Judge Paul A. Magnuson
United States District Court

DATED: October 23 2002
At St. Paul, Minnesota

OCT 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK